IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NINTI EL BEY,

   Plaintiff,

    v.

LIBERTY MUTUAL GROUP INC.
a corporation, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:07-mi-432-TWT

## ORDER

This is a pro se civil action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending denying the Plaintiff's Motion to Proceed in Forma Pauperis [Doc. 1]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion to Proceed in Forma Pauperis [Doc. 1] is DENIED. This action is DISMISSED without prejudice for failure to comply with a lawful Order of this Court.

SO ORDERED, this 20 day of February, 2008.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge

T:\ORDERS\07\El Bey\07mi432\r&r.wpd